# In the United States Court of Federal Claims

No. 17-348C
(Filed: June 26, 2020)

|  |  |
|---|---|
| **BLUECROSS BLUESHIELD OF TENNESSEE, INC.,** | ) ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) |

## ORDER

On June 26, 2020, the parties filed a Stipulation for Entry of Judgment (ECF 31). Pursuant to the Stipulation, the Clerk is directed to enter judgment for the plaintiff on Count I of the First Amended Complaint in the amount of **$213,711,246.73**. The Clerk shall enter judgment dismissing with prejudice Count II of the First Amended Complaint. The Clerk is further directed to close the case.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**